**J. TOM WATSON, as Attorney General of the State of Florida, v. HUMBLE OIL & REFINING COMPANY, a corporation, et al.**

20 So. (2nd) 800

December 19, 1944

Rehearing denied January 31, 1945

June Term, 1944

En Banc

J. Tom Watson, Attorney General, George M. Powell, and R. W. Ervin, Jr., Assistant Attorneys General, and Cecil C. Farrington, Special Assistant Attorney General, for appellant.

Mabry, Reaves, Carlton, Anderson & Fields and J. Turner Butler, for appellees.

PER CURIAM:

In this case we have before us the same questions involved in the case of J. Tom Watson, as Attorney General of Florida, v. Spessard L. Holland, as Governor of Florida, J. M. Lee, as Comptroller of Florida, J. Edwin Larson, as Treasurer of Florida, and Nathan Mayo, as Commissioner of Agriculture of Florida and the said Holland, Lee, Larson and Mayo, as members of and collectively constituting a majority of the trustees of the Internal Improvement Fund of the State of Florida, and Arnold Oil Explorations, Inc., a Florida Corporation, decided at this term.

The final decree of the circuit court should be affirmed on authority of the opinion and judgment in the case of J. Tom Watson, as Attorney General, v. Holland, et al., supra. It is so ordered.

Affirmed.

TERRELL, BROWN, CHAPMAN, THOMAS and SEBRING, JJ., and HUTCHISON and MURPHREE, Circuit Judges, concur.

BUFORD, C. J., disqualified.

ADAMS, J., not participating.